**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Eric Lamont CARTER, Defendant—**
**Appellant.**

**No. 08–7609.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 24, 2008.

Eric Lamont Carter, Appellant Pro Se. George Edward Bell Holding, United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Lamont Carter appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Carter*, No. 5:01–cr–00163–H–1 (E.D.N.C. Aug. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*